**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE ESTATE OF: RICHARD C. SWENSON | : No. 629 MAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: LORA SWENSON AND RENEE SWENSON-CAMPBELL | : Order of the Superior Court |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.